USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
BASILIO RODRIGUEZ,

                Plaintiff,

       -against-

DAONA INC. d/b/a DAONA, ZOA 73
MARKETPLACE INC. d/b/a DAONA
MARKETPLACE, MODUWA 84 INC. d/b/a
MODUWA YORK 84, and IL KWANG NOH,

                Defendants.
------------------------------------------------------------------- X

No. 23 Civ. 452 (VEC)

[PROPOSED] JUDGMENT

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Basilo Rodriguez ("Plaintiff") on June 22, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Daona Inc. d/b/a Daona, Zoa 73 Marketplace Inc. d/b/a Daona Marketplace, Moduwa 84 Inc. d/b/a Moduwa York 84, and Il Kwang Noh, jointly and severally, in the amount of $50,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  New York, New York
           June 23, 2023

The Clerk of Court is respectfully directed to CLOSE the case.

**SO ORDERED:**

_____  06/23/2023
Hon. Valerie E. Caproni
United States District Judge